UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EA et al.,

                              Plaintiffs.

              -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                              Defendant.

-----------------------------------------------------------------X

**24-CV-06139-VSB-VF**

**INITIAL CASE MANAGEMENT PLAN ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to confer to discuss the matters set forth in Rule 26(f) of the Federal Rules of Civil Procedure. The parties are directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by no later than **Monday, December 30, 2024**. Parties who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute.

      **SO ORDERED.**

DATED: New York, New York
           December 6, 2024

                                                  VALERIE FIGUEREDO
                                                  United States Magistrate Judge