UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

EA et al.,

                                Plaintiffs.

                 -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                              Defendant.

------------------------------------------------------------------X

**24-CV-06139-VSB-VF**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties were directed to file a status update by March 21, 2025. ECF No. 17. To date, the parties have not filed an update. The parties are therefore directed to file a joint status update by **April 8, 2025**.

       **SO ORDERED.**

DATED:  New York, New York
              4/2/2025

                                                VALERIE FIGUEREDO
                                                United States Magistrate Judge